NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**CONSUMER 2.0, INC., DBA RENTLY,**
*Plaintiff-Appellant*

**v.**

**TENANT TURNER, INC.,**
*Defendant-Appellee*

_____

2019-1846

_____

Appeal from the United States District Court for the Eastern District of Virginia in No. 2:18-cv-00355-RGD-DEM, Senior Judge Robert G. Doumar.

_____

**JUDGMENT**

_____

RUDOLPH A. TELSCHER, JR., Husch Blackwell LLP, St. Louis, MO, argued for plaintiff-appellant. Also represented by KARA RENEE FUSSNER; STEPHEN VEGH, Vegh IP Legal, Manhattan Beach, CA.

LAURIN HOWARD MILLS, Samek, Werther & Mills, LLC, Alexandria, VA, argued for defendant-appellee.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, CHEN, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 9, 2020          /s/ Peter R. Marksteiner
Date                        Peter R. Marksteiner
                             Clerk of Court